UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC | § § | |
| vs. | § § | NO:  WA:19-CV-00254-ADA |
| INTEL CORPORATION | § § | |

### ORDER

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on August 28, 2019 at 02:00 PM . Please call (866) 434-5269 with access code 9678090 to be included in the hearing.

**SIGNED** on **27th day of August, 2019**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE