**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

VLSI TECHNOLOGY LLC,

      Plaintiff,

    v.

INTEL CORPORATION,

      Defendant.

**Lead Case:** 1:19-cv-977-ADA

(*Consolidated with* Nos. 6:19-cv-254-ADA, 6:19-cv-255-ADA, 6:19-cv-256-ADA)

## VLSI TECHNOLOGY LLC'S CLAIM CONSTRUCTION PROPOSAL U.S. PATENT NO. 7,292,485

VLSI proposes the following plain and ordinary meaning construction:  **"a structure that is used to provide capacitance."**

Exemplary intrinsic evidence underscoring that capacitance can be provided by a variety of structures including capacitors and transistors—not just dummy memory cells—is attached hereto for the Court's convenience as Exhibits A-D and includes:

- *Compare* '485 Patent (Ex. A), cl. 1 ("a first capacitance structure includes a plurality of dummy cells"), *with* '485 Patent, cl. 17 ("a capacitance structure;") (differentiating capacitance structures with and without dummy cells required)

- '485 Patent Prosecution History: August 6, 2007 Supplemental Notice of Allowability (Ex. B) ("An examiner's amendment to the record appears below. . . .  In claim 1, line 5, after the word 'structure', the words --includes a plurality of dummy cells-- have been inserted. . . . In claim 12, line 6, after the word 'structure', the words --includes a plurality of dummy cells-- have been inserted.") (inserting, in an examiner's amendment, "includes a plurality of dummy cells" after "capacitance structure" in claims 1 and 12, but not claims 9 and 17, indicating that a "capacitance structure" alone is not limited to dummy cells)

- U.S. Patent No. 4,094,008 (cited art) (Ex. C), *e.g.*, at Abstract and cl. 1 (titled "Alterable *Capacitor* Memory Array," disclosing "A novel memory array . . . , the array utilizing a matrix of variable threshold insulated gate field effect *transistor cells*. . . . In operation, *each cell functions as an alterable capacitor*. . . . Variations in stored charge at the nitride-oxide interface causes changes in the threshold voltage and effective *capacitance of the cell*," and claiming a "memory system comprising: a rectangular array of non-volatile, alterable threshold *capacitors* . . . , and a plurality of non-volatile, alterable-threshold *capacitor devices* . . . ") (discussing use of capacitors and transistor cells to provide capacitance)

- U.S. Patent No. 5,894,433 (cited art) (Ex. D), *e.g.*, at 18:33-36 ("Since the signal ΦP1 is a high voltage (VCH) pulse, however, the power for charging/discharging the gate *capacitance of the numerous switch MOS transistors* connected to that line is relatively increased.") (discussing use of transistors to provide capacitance)

- '485 Patent (Ex. A) at 2:20-21 ("Also, the *amount of charge shared* is programmable by selecting how many *dummy cells* are connected . . . .") (indicating that the "dummy *cells*" are the structure associated with capacitance sharing in this embodiment, not dummy columns or rows as Intel suggests); *see also, e.g.*, '485 Patent at 4:5-7 ("The amount of capacitance shared is determined in part by how many memory cells are coupled to conductor 37."); '485 Patent at 4:44-46 ("The *capacitance* of dummy column 17 can be adjusted by selecting the number of *memory cells* coupled to conductor 37")

Dated:  December 19, 2019                Respectfully submitted,

By:     */s/ Charlotte J. Wen*

J. Mark Mann (Texas Bar No. 12926150)
mark@themannfirm.com
G. Blake Thompson (Texas Bar No. 24042033)
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 W. Main Street
Henderson, TX 75652
Telephone: (903) 657-8540
Facsimile:  (903) 657-6003

Andy Tindel (Texas Bar No. 20054500)
atindel@andytindel.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile:  (903) 596-0909

Craig D. Cherry (Texas Bar No. 24012419)
ccherry@haleyolson.com
**HALEY & OLSON, P.C.**
100 N. Ritchie Road, Suite 200
Waco, Texas 76701
Telephone: (254) 776-3336
Facsimile:  (254) 776-6823

Morgan Chu  (*pro hac vice*)
Benjamin W. Hattenbach  (*pro hac vice*)
Keith Orso (*pro hac vice*)
Christopher Abernethy  (*pro hac vice*)
Amy E. Proctor  (*pro hac vice*)
Dominik Slusarczyk  (*pro hac vice*)
Charlotte J. Wen  (*pro hac vice*)
Brian Weissenberg  (*pro hac vice*)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California   90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
mchu@irell.com
bhattenbach@irell.com
korso@irell.com

cabernethy@irell.com
aproctor@irell.com
dslusarczyk@irell.com
cwen@irell.com
bweissenberg@irell.com

Babak Redjaian  (*pro hac vice*)
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California   92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
bredjaian@irell.com

*Attorneys for VLSI Technology LLC*

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] — Document Filing System, to all counsel of record, on this 19th day of December, 2019.

/s/  *Charlotte J. Wen*
Charlotte J. Wen (*pro hac vice*)