**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | **Lead Case:** No. 1:19-cv-977-ADA<br><br>(*Consolidated with* No. 6:19-cv-255-ADA and No. 6:19-cv-256-ADA)<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO AMEND AGREED SCHEDULING ORDER

Plaintiff VLSI Technology LLC ("VLSI") and Defendant Intel Corporation ("Intel") (collectively the "parties") file this Joint Motion to Amend Agreed Scheduling Order and show:

1.  The Agreed Scheduling Order (Dkt No. 71) entered by the Court in the above referenced actions set February 28, 2020 as the deadline to amend pleadings. For the reasons outlined below, the parties seek one week extension – from February 28, 2020 to March 6, 2020 – of the deadline to amend pleadings.

2.  Good cause for extending the deadline that is the subject of this joint motion is demonstrated in that an additional production of documents will be made this week and extra time will be required to review this document production and its potential impact upon the content of any amended pleadings that the parties may file.

3.  The extension of this deadline has been agreed to by the parties and the grant of the parties' requested extension will not impact any other scheduling order dates currently set by the Court in these actions and will not operate to delay the trial of these actions.

4. A proposed First Amended Agreed Scheduling Order which provides for an extension of the deadline requested by the parties is attached to this joint motion.

PREMISES CONSIDERED, VLSI and Intel request the Court to grant this Joint Motion to Amend Agreed Scheduling Order and to enter the attached proposed First Amended Agreed Scheduling Order in the form submitted herewith, and for such other and further relief as the Court deems suitable and just.

Dated: February 27, 2020

Respectfully submitted,

*/s/ Andy Tindel*

J. Mark Mann (Texas Bar No. 12926150)
mark@themannfirm.com
G. Blake Thompson (Texas Bar No. 24042033)
blake@themannfirm.com
MANN | TINDEL | THOMPSON
300 W. Main Street
Henderson, TX 75652
Telephone: (903) 657-8540
Facsimile: (903) 657-6003

Andy Tindel (Texas Bar No. 20054500)
atindel@andytindel.com
MANN | TINDEL | THOMPSON
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909

Craig D. Cherry (Texas Bar No. 24012419)
ccherry@haleyolson.com
HALEY & OLSON, P.C.
100 N. Ritchie Road, Suite 200
Waco, Texas 76701
Telephone: (254) 776-3336
Facsimile: (254) 776-6823

2

Morgan Chu  (pro hac vice)
Benjamin W. Hattenbach (pro hac vice)
Keith Orso (pro hac vice)
Christopher Abernethy  (pro hac vice)
Amy E. Proctor  (pro hac vice)
Josh Gordon (pro hac vice)
Dominik Slusarczyk  (pro hac vice)
Charlotte J. Wen  (pro hac vice)
Brian Weissenberg  (pro hac vice)
Jordan Nafekh (pro hac vice)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California   90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
mchu@irell.com
bhattenbach@irell.com
korso@irell.com
cabernethy@irell.com
aproctor@irell.com
j-gordon@irell.com
dslusarczyk@irell.com
cwen@irell.com
bweissenberg@irell.com
jnafekh@irell.com

Babak Redjaian  (pro hac vice)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California  92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
bredjaian@irell.com

*Attorneys for VLSI Technology LLC*


/s/ *Kate Saxon*
J. Stephen Ravel
Texas State Bar No. 16584975
Sven Stricker
Texas State Bar No. 24110418
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com
Email: sven.stricker@kellyhart.com

James E. Wren
Texas State Bar No. 22018200
1 Bear Place, Unit 97288
Waco, Texas 76798
Tel: (254) 710-7670
Email: james.wren@baylor.edu


William F. Lee (Pro Hac Vice)
Louis W. Tompros (Pro Hac Vice)
Kate Saxton (Pro Hac Vice)
WILMER CUTLER PICKERING HALE
& DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Email: william.lee@wilmerhale.com
Email: louis.tompros@wilmerhale.com
Email: kate.saxton@wilmerhale.com

Gregory H. Lantier (Pro Hac Vice)
Amanda L. Major (Pro Hac Vice)
WILMER CUTLER PICKERING HALE
& DORR LLP
1875 Pennsylvania Avenue
Washington DC 20006
Tel: (202) 663-6000
Email: gregory.lantier@wilmerhale.com
Email: amanda.major@wilmerhale.com

*Attorneys for Intel Corporation*

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] — Document Filing System, to all counsel of record, on this 27th day of February, 2020.

_____

Andy Tindel