IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTEL CORPORATION, )<br>)<br>Defendant. )<br>)<br>_____ ) | Lead Case. 1:19-cv-977-ADA<br><br>(*Consolidated with* Case Nos. 6:19-cv-254-ADA, 6:19-cv-255-ADA, 6:19-cv-256-ADA) |

**JOINT STIPULATION**

Plaintiff VLSI Technology LLC ("VLSI") and Defendant Intel Corporation ("Intel"), by and through their respective counsel, and subject to the approval of the Court, hereby stipulate and agree to the following in the above-captioned litigations:

1. VLSI will not oppose Intel's amendment to its final invalidity contentions for U.S. Patent No. 6,366,522 as set forth in an April 13, 2020 email to VLSI's counsel. Intel's amended contentions for that patent served on VLSI on April 13, 2020 will now serve as the operative final invalidity contentions for the patent.

2. Intel will not oppose VLSI's amendment to its final infringement contentions for U.S. Patent No. 7,606,983 as set forth in an April 3, 2020 email to Intel's counsel. VLSI's amended contentions for that patent served on Intel on April 3, 2020 will now serve as the operative final infringement contentions for the patent.

3. Intel will not oppose VLSI's filing of its Second Amended Complaint in Case No. 6:19-cv-255-ADA, with respect to redline edits set forth in a draft served on April 13, 2020, which contains amendments with respect to U.S. Patent No. 6,366,522. For clarity, in not opposing,

- 2 -

Intel does not agree that amendments VLSI made in its First Amended Complaint in Case No. 6:19-cv-255-ADA that are also included in its Second Amended Complaint are proper, including amendments reflected in Paragraphs 31-39, 45-49, 77-85, and 91-95 of the Second Amended Complaint, and/or any other allegations concerning willful infringement.

    4.      VLSI agrees that Intel's pending Motion to Dismiss (Dkt. 128) need not be refiled and may be considered as having been filed against VLSI's Second Amended Complaint.

Dated: May 4, 2020

By:     */s/ Andy Tindel*                                  By:     */s/ J. Stephen Ravel*

Morgan Chu (*pro hac vice*)
Benjamin W. Hattenbach (*pro hac vice*)
Keith Orso (*pro hac vice*)
Christopher Abernethy (*pro hac vice*)
Amy E. Proctor (*pro hac vice*)
Dominik Slusarczyk (*pro hac vice*)
Charlotte J. Wen (*pro hac vice*)
Brian Weissenberg (*pro hac vice*)
Benjamin Monnin (*pro hac vice*
Jordan Nafekh (*pro hac vice*)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
mchu@irell.com
bhattenbach@irell.com
korso@irell.com
cabernethy@irell.com
aproctor@irell.com
dslusarczyk@irell.com
cwen@irell.com
bweissenberg@irell.com
bmonnin@irell.com
jnafekh@irell.com

Michael H. Strub, Jr. (*pro hac vice*)
Babak Redjaian (*pro hac vice*)
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
mstrub@irell.com
bredjaian@irell.com

J. Mark Mann (Texas Bar No. 12926150)
mark@themannfirm.com
G. Blake Thompson (Texas Bar No. 24042033)
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 W. Main Street
Henderson, TX 75652
Telephone: (903) 657-8540
Facsimile: (903) 657-6003

J. Stephen Ravel
Texas State Bar No. 16584975
Sven Stricker
Texas State Bar No. 24110418
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com
Email: sven.stricker@kellyhart.com
James E. Wren
Texas State Bar No. 22018200
1 Bear Place, Unit 97288
Waco, Texas 76798
Tel: (254) 710-7670
Email: james.wren@baylor.edu

William F. Lee (Pro Hac Vice)
Louis W. Tompros (Pro Hac Vice)
Kate Saxton (Pro Hac Vice)
WILMER CUTLER PICKERING HALE
& DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Email: william.lee@wilmerhale.com
Email: louis.tompros@wilmerhale.com
Email: kate.saxton@wilmerhale.com

Gregory H. Lantier (Pro Hac Vice)
Amanda L. Major (Pro Hac Vice)
WILMER CUTLER PICKERING HALE
& DORR LLP
1875 Pennsylvania Avenue
Washington DC 20006
Tel: (202) 663-6000
Email: gregory.lantier@wilmerhale.com
Email: amanda.major@wilmerhale.com

*Attorneys for Intel Corporation*

- 4 -

Andy Tindel (Texas Bar No. 20054500)
atindel@andytindel.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile:  (903) 596-0909

Craig D. Cherry (Texas Bar No. 24012419)
ccherry@haleyolson.com
**HALEY & OLSON, P.C.**
100 N. Ritchie Road, Suite 200
Waco, Texas 76701
Telephone: (254) 776-3336
Facsimile:  (254) 776-6823

*Attorneys for VLSI Technology LLC*

- 5 -

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] – Document Filing System, to all counsel of record, on this 4th day of May, 2020.

*Andy Tindel*  
Andy Tindel