IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | Lead Case. 1:19-cv-977-ADA<br><br>(*Consolidated with* Case Nos. 6:19-cv-254-ADA, 6:19-cv-255-ADA, 6:19-cv-256-ADA) |

**ORDER APPROVING JOINT STIPULATION**

On this day came on to be considered the Joint Stipulation filed by Plaintiff VLSI Technology LLC ("VLSI") and Defendant Intel Corporation ("Intel") and the Court having now reviewed said Joint Stipulation hereby approves same. Therefore,

Intel's amended final contentions served on VLSI on April 13, 2020 shall serve as the operative final invalidity contentions for U.S. Patent No. 6,366,522.

VLSI's amended final infringement contentions served on Intel on April 3, 2020 shall serve as the operative final infringement contentions for U.S. Patent No. 7,606,983.

VLSI shall file its Second Amended Complaint in consolidated Case No. 6:19-cv-255-ADA with respect to U.S. Patent No. 6,366,522.

Intel's pending Motion to Dismiss (Dkt. 128) need not be refiled and shall be considered as having been filed against VLSI's Second Amended Complaint.

SO ORDERED

SIGNED this __5th__ day of May, 2020.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE