**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | **Lead Case:** 1:19-cv-977-ADA<br><br>(*Consolidated with* Nos. 6:19-cv-254-ADA, 6:19-cv-255-ADA, 6:19-cv-256-ADA) |

**SECOND JOINT MOTION TO AMEND AGREED SCHEDULING ORDER**

Plaintiff VLSI Technology LLC ("VLSI") and Defendant Intel Corporation ("Intel") (collectively the "parties") file this Second Joint Motion to Amend Agreed Scheduling Order and show:

1.      The First Amended Scheduling Order (Dkt No. 115) entered by the Court in the above-referenced actions set May 22, 2020 as the close of fact discovery and October 5, 2020 as the Anticipated Start of Jury Selection/Trial(s), among other dates. For good cause shown below, the parties seek to extend the close of fact discovery and all subsequent dates such that the close of fact discovery occurs on July 17, 2020 and the Anticipated Start of Jury Selection/Trial(s) occurs on November 16, 2020.

2.      As a result of public-health orders issued in response to COVID-19, the parties' ability to access Intel's production of source code and other material requiring in-person review in Los Angeles pursuant the Agreed Protective Order (Dkt. No. 75) was interrupted on

approximately March 20, 2020, and continues to be on hold today.  Intel expects that source code will once again be available for review by the parties' outside counsel, consultants, and experts on or about May 15, 2020.

3. To accommodate the anticipated approximately two-month interruption in access to those materials, and with the expectation that the source code and other material will again be adequately available on or about May 15, 2020, the parties have agreed to an adjustment of the case schedule as reflected in the attached proposed Second Amended Agreed Scheduling Order.

PREMISES CONSIDERED, VLSI and Intel request the Court to grant this Second Joint Motion to Amend Agreed Scheduling Order and to enter the attached proposed Second Amended Agreed Scheduling Order in the form submitted herewith, and for such other and further relief as the Court deems suitable and just.

Dated: May 12, 2020

Respectfully submitted,

/s/ *Andy Tindel*

J. Mark Mann (Texas Bar No. 12926150)
mark@themannfirm.com
G. Blake Thompson (Texas Bar No. 24042033)
blake@themannfirm.com
MANN | TINDEL | THOMPSON
300 W. Main Street
Henderson, TX 75652
Telephone: (903) 657-8540
Facsimile:  (903) 657-6003

Andy Tindel (Texas Bar No. 20054500)
atindel@andytindel.com
MANN | TINDEL | THOMPSON
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile:  (903) 596-0909

Craig D. Cherry (Texas Bar No. 24012419)
ccherry@haleyolson.com
HALEY & OLSON, P.C.
100 N. Ritchie Road, Suite 200
Waco, Texas 76701
Telephone: (254) 776-3336
Facsimile:  (254) 776-6823

Morgan Chu (*pro hac vice*)
Benjamin W. Hattenbach  (*pro hac vice*)
Iian D. Jablon  (*pro hac vice*)
Keith Orso (*pro hac vice*)
Christopher Abernethy  (*pro hac vice*)
Amy E. Proctor  (*pro hac vice*)
Dominik Slusarczyk  (*pro hac vice*)
Charlotte J. Wen  (*pro hac vice*)
Brian Weissenberg  (*pro hac vice*)
Benjamin Monnin  (*pro hac vice*)
Jordan Nafekh  (*pro hac vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California   90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

mchu@irell.com
bhattenbach@irell.com
ijablon@irell.com
korso@irell.com
cabernethy@irell.com
aproctor@irell.com
dslusarczyk@irell.com
cwen@irell.com
bweissenberg@irell.com
bmonnin@irell.com
jnafekh@irell.com

Michael H. Strub, Jr.  (*pro hac vice*)
Babak Redjaian  (*pro hac vice*)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California   92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
mstrub@irell.com
bredjaian@irell.com

***Attorneys for VLSI Technology LLC***

/s/ *J. Stephen Ravel*
J. Stephen Ravel
Texas State Bar No. 16584975
Sven Stricker
Texas State Bar No. 24110418
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com
Email: sven.stricker@kellyhart.com

James E. Wren
Texas State Bar No. 22018200
1 Bear Place, Unit 97288
Waco, Texas 76798
Tel: (254) 710-7670
Email: james.wren@baylor.edu


William F. Lee (*pro hac vice*)
Louis W. Tompros (*pro hac vice*)
Kate Saxton (*pro hac vice*)

>WILMER CUTLER PICKERING HALE
>& DORR LLP
>60 State Street
>Boston, Massachusetts 02109
>Tel: (617) 526-6000
>Email: william.lee@wilmerhale.com
>Email: louis.tompros@wilmerhale.com
>Email: kate.saxton@wilmerhale.com
>
>Gregory H. Lantier (*pro hac vice*)
>Amanda L. Major (*pro hac vice*)
>WILMER CUTLER PICKERING HALE
>& DORR LLP
>1875 Pennsylvania Avenue
>Washington DC 20006
>Tel: (202) 663-6000
>Email: gregory.lantier@wilmerhale.com
>Email: amanda.major@wilmerhale.com
>
>***Attorneys for Intel Corporation***

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] — Document Filing System, to all counsel of record, on May 12, 2020.

>/s/ *Andy Tindel*
>Andy Tindel