# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | **Lead Case:** No. 1:19-cv-977-ADA<br><br>(*Consolidated with* No. 6:19-cv-255-ADA and No. 6:19-cv-256-ADA)<br><br>JURY TRIAL DEMANDED |

## Second Amended Agreed Scheduling Order

| Current Dates | Amended Dates | Item |
|---|---|---|
| September 20, 2019 | | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s), and (3) summary, annual sales information for the accused product(s) for the prior two years, unless the parties agree to some other timeframe. |
| October 1, 2019 at 12pm CT | | Parties exchange claim terms for construction and proposed constructions |

| Current Dates | Amended Dates | Item |
|---|---|---|
| October 16, 2019 | | Parties exchange proposed claim constructions for claim terms proposed by the other party |
| October 21, 2019 | | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions |
| October 30, 2019 | | Parties file Opening claim construction briefs, including any arguments that any claim terms are indefinite. |
| November 18, 2019 | | Parties file Responsive claim construction briefs. |
| December 2, 2019 | | Parties file Reply claim construction briefs. |
| December 5, 2019 | | Parties submit Joint Claim Construction Statement, optional tutorials, and consolidated briefing collated by Opening, Response, and Reply. |
| December 12, 2019 | | Markman Hearing at 9:00 a.m. |
| December 13, 2019 | | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| January 17, 2020 | | Deadline to add parties |
| January 31, 2020 | | Deadline to serve Final Infringement and Invalidity Contentions. |
| March 6, 2020 | | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or claims. |
| March 11, 2020 | | Deadline to serve parties' Requests for Production without leave from Court |
| May 22, 2020 | July 17, 2020 | Close of Fact Discovery |
| May 29, 2020 | July 21, 2020 | Opening Expert Reports |
| June 26, 2020 | August 21, 2020 | Rebuttal Expert Reports |
| July 17, 2020 | September 11, 2020 | Close of Expert Discovery |

| Current Dates | Amended Dates | Item |
|---|---|---|
| July 24, 2020 | TBD[1] | Deadline to meet and confer to discuss narrowing the number of claims asserted and prior art references at issue. The parties shall file a report within 5 business days regarding the results of the meet and confer. |
| July 31, 2020 | September 18, 2020 | Dispositive motion deadline and *Daubert* motion deadline. |
| August 14, 2020 | September 25, 2020 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, designations) |
| August 28, 2020 | October 9, 2020 | Serve objections to pretrial disclosures/rebuttal disclosures |
| September 4, 2020 | October 16, 2020 | Serve objections to rebuttal disclosures and File Motions *in limine* |
| September 11, 2020 | October 23, 2020 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, designations); file oppositions to motions *in limine* |
| September 18, 2020 | October 30, 2020 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine* |
| September 29, 2020 | November 6, 2020 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine* |
| October 2, 2020 | November 13, 2020  9:00AM | Final Pretrial Conference |
| October 5, 2020 | November 16, 2020  9:00AM | Anticipated Start of Jury Selection/Trial(s) |

SIGNED this __15th__ day of __May__, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

---

[1] The parties currently disagree regarding this date and inform the Court that they may seek its assistance in resolving this dispute if they cannot reach agreement.