# EXHIBIT 87



**Planet Depos**
**We Make It Happen™**

## OUTSIDE COUNSEL'S EYES ONLY

# Transcript of Shigeki Shimomura

**Date:** June 16, 2020
**Case:** VLSI Technology LLC -v- Intel Corporation

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

**Page 1**

```
 1            UNITED STATES DISTRICT COURT
 2           FOR THE WESTERN DISTRICT OF TEXAS
 3                    AUSTIN DIVISION
 4  - - - - - - - - - - - - - - - - - -x
 5  VLSI TECHNOLOGY LLC,        : Civil Action No.:
 6      Plaintiff,              : 1:19-CV-977-ADA
 7  v.                          :
 8  INTEL CORPORATION,          :
 9      Defendant.              :
10  - - - - - - - - - - - - - - - - - -x
11            OUTSIDE COUNSEL'S EYES ONLY
12       VIDEOTAPED DEPOSITION OF SHIGEKI SHIMOMURA
13                   CONDUCTED VIRTUALLY
14                 Tuesday, June 16, 2020
15                     9:00 a.m. PST
16
17
18
19
20
21
22
23  Job No.: 303262
24  Pages: 1 - 231
25  Reported By: Charlotte Lacey, RPR, CSR No. 14224
```

**Page 2**

```
 1      VIDEOTAPED DEPOSITION OF SHIGEKI SHIMOMURA,
 2  CONDUCTED VIRTUALLY.
 3
 4
 5
 6      Pursuant to notice, before Charlotte Lacey,
 7  Certified Shorthand Reporter, in and for the State of
 8  California.
```

**Page 3**

```
 1              A P P E A R A N C E S
 2  ON BEHALF OF PLAINTIFF VLSI TECHNOLOGY LLC:
 3      CHARLOTTE J. WEN, ESQUIRE
 4      DOMINIK SLUSARCZYK, ESQUIRE
 5      IRELL & MANELLA LLP
 6      1800 Avenue of the Stars, Suite 900
 7      Los Angeles, California  90067
 8      (310) 277-1010
 9
10  ON BEHALF OF DEFENDANT INTEL CORPORATION and
11  DEPONENT:
12      JAMES MICHAEL LYONS, ESQUIRE
13      S. CALVIN WALDEN, ESQUIRE
14      JONATHAN A. COX, ESQUIRE
15      TAEG SANG CHO, ESQUIRE
16      WILMER CUTLER PICKERING HALE AND DORR, LLP
17      60 State Street
18      Boston, Massachusetts  02109
19      (617) 526-6000
```

**Page 4**

```
 1     A P P E A R A N C E S   C O N T I N U E D
 2  ON BEHALF OF DEPONENT:
 3      BRIAN L. FERRALL, ESQUIRE
 4      KEKER, VAN NEST & PETERS, LLP
 5      633 Battery Street,
 6      San Francisco, California  94111
 7      (415) 391-5400
 8
 9  ALSO PRESENT:
10      Jillian Barricelli, Videographer
11      Kevin Gogarty, AV Technician
```

153

1  as the process manufacturability and considerable --
2  expected the layout impact using this type of
3  implementation, which means the die size and the --
4  the -- possibly power too.
5      Q   Okay. And was the other patent that you
6  reviewed the 7,523,373 patent?
7      A   Yes, I read through last night.
8      Q   How long did you spend reading the
9  '373 patent?
10     A   I am not good at reading in English, so it
11 took quite some time. But it's about -- it took about
12 over an hour and a half because my issue is so much --
13 how I say it? -- different implementations. So I, you
14 know -- in order to fully understand, you know, the
15 paragraphs and the phrases, it -- it takes time. So --
16 but it took that much time, roughly.
17     Q   Sure. So before last night, had you ever
18 reviewed the '373 patent?
19     A   '373... Yeah. We had a chat -- a discussion
20 session on the --
21         MR. LYONS:  Mr. Shimomura, just remind you
22 that that was a yes-or-no question, and I'd ask that
23 you -- any substance of any conversations you had with
24 attorneys, that you don't disclose those.
25         THE WITNESS:  Oh. Okay. Then...

154

1      A   I don't think there's anything here you can...
2  yeah, I just read it after, you know, the mention the
3  lawyer passed down, you know, through the e-mail. But
4  that's about it.
5      Q   Okay. And did you -- did you have any
6  opinions about whether Intel's products practice the
7  '373 patent?
8      A   I don't think so. Based on what there is
9  describing and what -- how they are determining the
10 operation and switching the voltage regulators, it
11 doesn't seems like Broadwell product is doing the same
12 approach.
13     Q   Why do you think that Broadwell isn't doing
14 the same approach as what's disclosed in the
15 '373 patent?
16     A   Well -- yeah. This patent is actually
17 registering all the voltage level of the -- of the
18 various minimum operation voltage, so-called -- what is
19 that called? VCC-min -- well, minimum -- minimum read
20 voltage or minimum -- what is that called? The state --
21 the patent was describing as the first minimum voltage,
22 second minimum voltage, you know, for the read and write
23 separately, and that voltage level is recorded or stored
24 into the -- some storage element, either volatile or
25 non-volatile memory, and then based on that voltage

155

1  level is checked against the -- the currently
2  operation -- operation voltage, and if that is lower
3  to -- than -- that registered voltage value, then it
4  will switch the power supply.
5          But we are, in Broadwell, using up any voltage
6  to use the both VCCALT as well as the VCCCORE. So it's
7  not just based on one-time voltage difference control to
8  switch over. It's more like constant.
9          And also, if you do take this approach, you
10 have to actually characterize all -- and test all the
11 bit cells operation voltage as to how low it's going to
12 go, and it could cost tremendous amount of testing and
13 the characterization time and cost as the outcome to
14 characterize these.
15         And then storing that into the -- some memory
16 element, that seems to be quite difficult and costly
17 to -- from my -- my understanding in terms of the
18 high-volume product -- you know, the production
19 standpoint, it would be very costly, I would think.
20         We had a similar kind of discussion for
21 different topic to do characterize one die -- each die
22 to program certain tunabilities. But that was --
23 everyone was saying -- everyone was kind of opposed to
24 that idea because that is too much cost to test and
25 characterize. So that kind of approach was avoided from

156

1  our -- you know, the mindset. So at least myself and
2  probably Jim and Jeff Miller thinks the same way.
3      Q   So other than the reasons you just gave, are
4  there any other reasons why you think that Intel's
5  products do not use the '373 patent?
6      A   Other reasons?
7          MR. LYONS:  Objection; calls for a legal
8  conclusion.
9      A   Can I think of anything? Implementation-wise,
10 probably it's not difficult to implement. It's probably
11 relatively easier, but the making it product and
12 characterizing it, you know, each part would be -- yeah,
13 that -- again, the first opinion I just provided is
14 probably the one major issue to avoid that type of
15 approach. That's my opinion.
16         Maybe -- yeah. I think from the -- as memory
17 design -- memory array designing, that's what I think --
18 at least I should be thinking first. Yeah. Because
19 that -- the memory array usually, you know, includes,
20 like, thousands of millions of the bit cell, and we have
21 to take care of all of the bits not to getting out of
22 the operation -- how you say? -- operational -- how you
23 say? -- in order to make sure all the bits have to be
24 operational across the range of the voltage, we cannot
25 really characterize all of them.

OUTSIDE COUNSEL'S EYES ONLY
Transcript of Shigeki Shimomura
Conducted on June 16, 2020

40 (157 to 160)

---

157

1  You know, especially, you know, just LLC data
2  array itself, it has the 8 megabyte, you know, that
3  means 8 millions or more of the memory cells, and every
4  single cell have to be functional across the range of
5  the voltage, and also each wafer may be producing -- how
6  many? -- like, close to thousand, let's say, of the
7  dies, and then every week or every month, there is
8  millions of, you know, parts coming into the fab, and in
9  order to characterize every single one of them, it's --
10 it would just take too much cost.  That's my opinion.
11     Q   Okay.  Do you have any opinion about whether
12 the '373 patent is valid?
13     A   Oh, it is valid, but from my view, I don't
14 know if Intel is -- will try to use this approach.
15     Q   Okay.  And do you have any opinion about
16 whether the '485 patent is valid?
17         MR. LYONS:  Objection; calls for a legal
18 conclusion.
19     A   Yeah.  Well, both of them are valid.  Yeah.  I
20 see the -- the -- the value of the patent.
21         But from my view, and some of my old
22 colleagues, and my senior, including Jim Conary, Jeff
23 Miller, even Eric Karl, I don't think they will choose
24 that way.
25         Yeah, one other example maybe I could mention

158

1  is using -- yeah, the option to modulate the capacitance
2  component.  So they are disconnecting the cells' power
3  supply net out of the -- you know, charging the node.
4  That is tunability, but that can be achieved by the
5  manufacturing mask divisions.
6         Intel as a high-volume product manufacturing
7  company, I don't think we'd take that approach.  We'd
8  rather prefer to use programmable tunability.  That's
9  one of the major -- one of the reasons not to use this
10 type of approach, I would think.
11     Q   So your understanding of how the '485 patent
12 disclosed tunable capacitance --
13     A   Yes.  I --
14     Q   -- what is that based on?
15     A   Excuse me?
16     Q   Sorry.  So you said that -- I'm just
17 wondering, what part of the '485 patent were you looking
18 at when you came to that conclusion?
19     A   Very --
20         MR. LYONS:  Objection; vague.
21     A   Very first chart.  There is a X mark on the
22 bit cell 30.
23     Q   And --
24     A   Yeah.  So that X correspond to -- my
25 understanding, according to the description, it is

159

1  considered as the option to modulate the capacitance
2  among the charge share node.  And by increasing or
3  decreasing the number of disconnect location from the --
4  this one is from the row numbers, then you can modulate
5  the capacitance among the charge share.  But that would
6  require the actual layout changes, and that is not
7  something we'd like to do.
8      Q   I see.  So your opinion is based on one of the
9  figures.  It sounds like figure number 2?
10         MR. LYONS:  Objection; misstates testimony.
11     A   Yeah, figure number 2.
12     Q   Okay.  And do you have any legal training?
13     A   Any -- any -- any what training?
14     Q   Let me say that again.  Do you have any legal
15 training?
16     A   Legal training?  You mean at inside -- when I
17 was in Intel?
18     Q   I'm asking if you attended law school.
19     A   No, me.  No, no, no.  I'm not good at any of
20 this.
21     Q   And have you studied patent law?
22     A   Excuse me?
23     Q   Have you studied patent law?
24     A   Have I -- have I sell or -- I don't quite
25 understand that question.

160

1      Q   Sorry.  I'm asking if you've ever studied,
2  like, the law of patents.
3      A   No.
4      Q   All right.  And you've never worked at a law
5  firm; is that right?
6      A   No, never.
7      Q   Your training has been as an engineer; is that
8  correct?
9      A   That is correct.
10     Q   And you're not familiar with the legal
11 standards for patent infringement; is that correct?
12     A   Patents standard, probably I am not -- not an
13 expert at least, if I know anything.
14     Q   And you're probably not familiar with the
15 legal standards for claim construction; is that correct?
16     A   That is correct.
17     Q   And you're also not familiar with the legal
18 standards for validity; is that correct?
19     A   Could -- could you say that question again.
20     Q   Yeah.  And you're not also familiar with the
21 legal standards for patent validity; is that correct?
22     A   That is correct.
23     Q   All right.  And these opinions that you have
24 about the '485 and '373 patent, did you discuss those
25 with your attorneys?

---

Page 205

1 close to thousand, I heard, but I don't absolutely
2 remember or know the exact number.
3    Q   And what was the general responsibility of the
4 CCDO group?
5    A   CCDO group was delivering the next generation,
6 the CPU microprocessor for desktop and the laptop for
7 generations, and that was the charter. Yeah.
8    Q   And what was your role within the CCDO group?
9    A   I was primarily working on the SRAM array --
10 memory array designs and mainly for MLC. But also, I
11 was involved in some of the design methodology
12 definition and also some of the MLC cache architecture
13 definition work. At the same time, I was also involved
14 in some of the LLC organization development.
15    Q   In your work at Intel, did you work on any
16 write assist features that were ultimately incorporated
17 into chips that Intel sold?
18    A   Write assist circuit, yes. Yes, write assist
19 circuit was one of them.
20    Q   And did you work on any particular write
21 assist circuit?
22         MS. WEN: Objection; form.
23    A   I believe the -- I worked on the two write
24 assists, so that one is a TVC, and the other one is a
25 charge share write assist, two of them as a -- you know,

Page 206

1 which became a product.
2    Q   And which Intel processors included the charge
3 share write assist?
4    A   Only the Broadwell was the only product, I
5 believe, as I understand.
6    Q   Do you understand that VLSI has accused
7 Intel's processors of infringing the '485 patent in this
8 case?
9         MS. WEN: Objection; leading.
10    A   My understanding of the patent, I don't think
11 we did.
12    Q   All right. And specifically, do you
13 understand that VLSI has accused the charge share write
14 assist feature of infringing the '485 patent in this
15 case?
16    A   Yes.
17         MS. WEN: Objection; leading.
18    A   Yes.
19    Q   Had you ever heard of the '485 patent during
20 the time you worked on the Broadwell project?
21    A   No, I never even thought there was a patent
22 filed already back then.
23    Q   So you had -- had you ever heard of the
24 '485 patent prior to this litigation?
25    A   No.

Page 207

1    Q   At a high level, what do you understand the
2 '485 patent to describe?
3         MS. WEN: Objection; calls for expert
4 testimony and calls for legal conclusions.
5    A   So it has a charge share capacitor
6 construction using the memory cell. And also the
7 program is using -- is used -- used with the
8 connectivity programming on the bit cell and charge
9 share capacitor -- capacitance node. So that is the
10 primary circuit component as a write assist on top of
11 the charge share transfer -- charge transfer transistor.
12 Yeah.
13    Q   Does the charge share write assist feature in
14 Intel's Broadwell products use the technique in the
15 '485 patent?
16         MS. WEN: Objection; calls for expert
17 conclusions, calls for legal conclusions -- I'm sorry --
18 calls for expert testimony, leading.
19    A   In my mind, I don't think we did -- it did.
20    Q   How does the charge share write assist feature
21 in Broadwell differ from what's in the -- what the
22 '485 patent describes?
23         MS. WEN: Objection; calls for expert
24 testimony, calls for a legal conclusion, is vague and
25 ambiguous, leading.

Page 208

1    A   So there is a two major points, A, charge
2 share capacitor component, the patent, the memory cell,
3 but the Broadwell charge share write assist used NMOS.
4 I don't remember which NMOS transistor. But MOS
5 capacitor has the capacitance component. So that part
6 is different.
7         And the second part -- second point is
8 programability is connecting or disconnecting the memory
9 cell within a row or column for the charge share
10 capacitor node in the patent, but Broadwell uses --
11 programmable -- programmable variable capacitance node
12 using a MOS transistor as a capacitor. So that
13 programmability option will be different.
14    Q   In your view, would the technology described
15 in the '485 patent provide any benefit to Intel's
16 products?
17         MS. WEN: Objection; calls for expert
18 testimony, calls for a legal conclusion, vague and
19 ambiguous, leading.
20    A   In my mind, probably, Intel may not be -- at
21 least a CPU development team in Oregon may have not used
22 it if we knew there was a -- such technique.
23    Q   Why?
24    A   A -- as I mentioned earlier, the
25 capacitance -- effectiveness of the capacitance is one

**225**

1 relate to any minimum operating voltages of the SRAM in
2 the Broadwell MLC?
3     MS. WEN: Same objections.
4 **A  I don't think so.**
5     Q  So the power gate does not relate to any
6 operate -- any minimum operating voltages of the SRAM in
7 the Broadwell mid-level cache?
8     MS. WEN: Same objections.
9 **A  No.**
10     Q  Do you understand that VLSI has accused the
11 mid-level cache of Intel's Broadwell processors of
12 accusing the '373 patent in this case?
13     MS. WEN: Objection; leading, vague.
14 **A  It sounded like -- sounds right, but -- yeah.**
15     Q  You were asked some questions early about your
16 understanding of the '373 patent. Do you remember those
17 questions?
18 **A  Yes, there were some. Yeah.**
19     Q  Had you heard of the '373 patent when you were
20 involved in the Broadwell project?
21 **A  No.**
22     Q  Had you ever heard of the '373 patent before
23 this litigation?
24 **A  No.**
25     MS. WEN: Objection; leading.

**226**

1     Q  Does the mid-level cache in Intel's Broadwell
2 processors use the idea described in the '373 patent?
3     MS. WEN: Objection; calls for expert
4 testimony, calls for a legal conclusion, vague and
5 ambiguous, leading.
6 **A  No, I don't think so.**
7     Q  How is the mid-level cache in Intel Broadwell
8 processors different from what is described in the
9 '373 patent?
10     MS. WEN: Same objections.
11 **A  How different? We are not using the voltage**
12 **values based on the characterization data. That's one**
13 **major difference.**
14     Q  So what causes the Broadwell mid-level cache
15 to switch from one voltage supply to another?
16     MS. WEN: Same objections.
17 **A  We design the -- based on the P-state, which**
18 **is defined in a different scheme, which I don't exactly**
19 **know the details of it, based on that power -- P-state**
20 **transition voltage, as well as the power gate to LVR**
21 **switching would be appropriately switched or operated**
22 **accordingly.**
23     Q  In the Broadwell mid-level cache, is there any
24 comparison of a memory voltage to a minimum operating
25 voltage to determine which voltage to provide to the

**227**

1 memory?
2     MS. WEN: Same objections.
3 **A  No.**
4     Q  Mr. Shimomura, to summarize, does Intel use
5 the '373 patent in the Broadwell mid-level cache?
6     MS. WEN: Same objections.
7 **A  In my mind, I don't think we did.**
8     Q  Did you perform any formal legal analysis to
9 assess the validity of the '373 patent?
10 **A  No.**
11     MS. WEN: Same objection.
12     MR. LYONS: All right. At this time, we have
13 no further -- I have no further questions. Thank you,
14 Mr. Shimomura.
15     THE WITNESS: Thank you.
16     FURTHER EXAMINATION
17 BY MS. WEN:
18     Q  I just have a few. Apologies.
19     Is it your opinion that an MLC or NMOS
20 capacitors are not dummy cells?
21     MR. LYONS: Objection; vague, lack of
22 foundation, calls for speculation.
23 **A  No, not -- not as I understand. Not as my**
24 **knowledge.**
25     Q  Why?

**228**

1 **A  Well, dummy cell is -- we usually call it some**
2 **kind of replicated structures, and, you know, those**
3 **cells are supposed to be used at the edge of the regular**
4 **replicate -- repeated -- repeated VR structures. And**
5 **the dummy -- so that's how we refer as -- refer to as a**
6 **dummy cell, such as the edge cell in the SRAM arrays or**
7 **analog device or analog transistor groups, N cell at the**
8 **40 structures edge.**
9     **And this Broadwell MLCs, there is a charge**
10 **share capacitors are not, you know, even including those**
11 **kind of dummy structures at all. So those MOS capacitor**
12 **component is solely used as the capacitor, not even**
13 **considered as a dummy. So it is a valid active**
14 **transistor used for -- as a circuit component.**
15     Q  I see. And what is a dummy transistor?
16 **A  Dummy --**
17     MR. LYONS: Objection.
18 **A  Dummy transistor is considered as the**
19 **transistor structure fabrication, but those transistors**
20 **are not actively used as a circuit component.**
21     Q  And, yes or no, did you discuss your -- this
22 definition of a dummy transistor with Intel's counsel?
23 **A  Yes.**
24     Q  And do you agree that Intel's charge share
25 capacitor is adjustable?

---

Page 229

1  MR. LYONS: Objection; vague.
2  A  Yes.
3  Q  Do you agree that Intel's charge share
4  capacitor is programmable?
5  MR. LYONS: Objection; vague, outside the
6  scope of the redirect.
7  A  Yes.
8  Q  And -- thank you.
9  When you say that charge share write assist
10 was commonly accepted among engineers, what time frame
11 were you referring to?
12 A  Well, charge share effect is very widely known
13 already. It's -- yeah. Any of the circuit designer
14 would know it as a basic knowledge of the circuit on --
15 so, yeah, I think that -- that's a commonly known
16 understanding --
17 Q  Are you referring -- sorry.
18 A  Sorry.
19 I'm -- I'm not even -- you know, I don't even
20 think that since what time, you know, it became widely
21 known or commonly known. It's the effect of circuit
22 techniques or -- not really a circuit technique. It's
23 more like one of the effect during a various type of
24 circuit operation.
25 Q  Okay. So you're referring to the physics

Page 230

1  concept of charge sharing rather than a specific write
2  assist?
3  A  That is correct.
4  MR. LYONS: Objection; misstates testimony.
5  MS. WEN: That's all I have. Thank you,
6  Mr. Shimomura.
7  MR. LYONS: Thank you. I think we're all set.
8  No further questions here.
9  THE VIDEOGRAPHER: All right. Everyone stand
10 by, please.
11 This is the end of the remote video deposition
12 of Shigeki Shimomura. We are going off the record at
13 5:16 p.m.
14 (The deposition concluded at 5:16 p.m. PST)

Page 231

1  CERTIFICATE OF SHORTHAND REPORTER
2
3  I, Charlotte Lacey, the officer before whom the
4  foregoing deposition was taken, do hereby certify that
5  the foregoing transcript is a true and correct record of
6  the testimony given; that said testimony was taken by me
7  stenographically and thereafter reduced to typewriting
8  under my direction; that reading and signing was not
9  requested; and that I am neither counsel for, related
10 to, nor employed by any of the parties to this case and
11 have no interest, financial or otherwise, in its
12 outcome.
13
14 IN WITNESS WHEREOF, I have hereunto subscribed my
15 hand this 30th of June, 2020.
16
17
18 _____
19 Charlotte Lacey, RPR, CSR #14224