IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>                Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>                Defendant. | **Lead case:** 1:19-cv-977-ADA<br><br>(*Consolidated with* No. 6:19-cv-255-ADA and No. 6:19-cv-256-ADA)<br><br>JURY TRIAL DEMAND |

## STIPULATION TO AMEND SCHEDULING ORDER

Per the agreement of the parties, the scheduling order in the above-captioned matters is hereby amended as follows:

| Current Dates | Amended Dates | Item |
|---|---|---|
| October 20, 2020 | October 22, 2020 | Deadline for oppositions to dispositive motions and *Daubert* motions |
| October 27, 2020 | October 30, 2020 | Deadline for replies to dispositive motions and *Daubert* motions |

Dated: October 20, 2020

By:  */s/ Andy Tindel*

Andy Tindel (Texas Bar No. 20054500)
atindel@andytindel.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile:  (903) 596-0909

By:  */s/ J. Stephen Ravel*

J. Stephen Ravel
Texas State Bar No. 16584975
**KELLY HART & HALLMAN LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com

Stipulation to Amend Agreed Scheduling Order

| | |
|---|---|
| J. Mark Mann (Texas Bar No. 12926150)<br>mark@themannfirm.com<br>G. Blake Thompson (Texas Bar No. 24042033)<br>blake@themannfirm.com<br>**MANN \| TINDEL \| THOMPSON**<br>300 W. Main Street<br>Henderson, TX 75652<br>Telephone: (903) 657-8540<br>Facsimile:  (903) 657-6003 | James E. Wren<br>Texas State Bar No. 22018200<br>1 Bear Place, Unit 97288<br>Waco, Texas 76798<br>Tel: (254) 710-7670<br>Email: james.wren@baylor.edu |
| Morgan Chu (*pro hac vice*)<br>Benjamin W. Hattenbach  (*pro hac vice*)<br>Keith Orso (*pro hac vice*)<br>Christopher Abernethy  (*pro hac vice*)<br>Amy E. Proctor  (*pro hac vice*)<br>Dominik Slusarczyk  (*pro hac vice*)<br>Charlotte J. Wen  (*pro hac vice*)<br>Brian Weissenberg  (*pro hac vice*)<br>Benjamin Monnin (*pro hac vice*)<br>Jordan Nafekh (*pro hac vice*)<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California   90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>mchu@irell.com<br>bhattenbach@irell.com<br>korso@irell.com<br>cabernethy@irell.com<br>aproctor@irell.com<br>dslusarczyk@irell.com<br>cwen@irell.com<br>bweissenberg@irell.com<br>bmonnin@irell.com<br>jnafekh@irell.com | William F. Lee (*pro hac vice*)<br>Louis W. Tompros (*pro hac vice*)<br>Kate Saxton (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE & DORR LLP**<br>60 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 526-6000<br>Email: william.lee@wilmerhale.com<br>Email: louis.tompros@wilmerhale.com<br>Email: kate.saxton@wilmerhale.com<br><br>Gregory H. Lantier (*pro hac vice*)<br>Amanda L. Major (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE & DORR LLP**<br>1875 Pennsylvania Avenue<br>Washington DC 20006<br>Tel: (202) 663-6000<br>Email: gregory.lantier@wilmerhale.com<br>Email: amanda.major@wilmerhale.com<br><br>*Attorneys for Intel Corporation* |
| Michael H. Strub, Jr.  (*pro hac vice*)<br>Babak Redjaian  (*pro hac vice*)<br>**IRELL & MANELLA LLP**<br>840 Newport Center Drive, Suite 400<br>Newport Beach, California   92660<br>Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200<br>mstrub@irell.com<br>bredjaian@irell.com | |

Stipulation to Amend Agreed Scheduling Order

Craig D. Cherry (Texas Bar No. 24012419)
ccherry@haleyolson.com
**HALEY & OLSON, P.C.**
100 N. Ritchie Road, Suite 200
Waco, Texas 76701
Telephone: (254) 776-3336
Facsimile:  (254) 776-6823

*Attorneys for VLSI Technology LLC*