IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | **Lead Case:** No. 1:19-cv-977-ADA<br><br>(*Consolidated with* No. 6:19-cv-255-ADA and No. 6:19-cv-256-ADA)<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF VLSI TECHNOLOGY LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT INTEL CORPORATION'S OPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS AND TO SEVER AND STAY DEFENSE OF LICENSE (DKT. 349)**

　　　　Plaintiff, VLSI Technology LLC ("VLSI"), moves for an extension of time to respond to Defendant Intel Corporation's Opposed Motion for Leave to File Amended Answer, Defenses, and Counterclaims and to Sever and Stay Defense of License up to and including November 25, 2020 and shows as follows:

　　　　1.　　Defendant Intel Corporation's ("Intel") Opposed Motion for Leave to File Amended Answer, Defenses, and Counterclaims and to Sever and Stay Defense of License ("Intel's Motion") was filed in the above styled actions on November 11, 2020. Western District of Texas Local Court Rule CV-7(e) provides that "[a] response to a nondispositive motion shall be filed not later than 7 days after the filing of the motion." The operation of Local Rule CV-7(e) establishes a deadline of November 18, 2020 for VLSI to file a response to Intel's Motion. VLSI requests the Court to grant it a seven (7) day extension of the current deadline, up to and including November 25, 2020, for filing a response to Intel's Motion.

2. Good cause for the requested seven (7) day extension of time for VLSI to file a response to Intel's Motion is shown in that additional time is needed by VLSI in order to adequately research and respond to the factual and legal matters raised in said motion. Attorneys for VLSI met and conferred with attorneys for Intel with respect to the instant motion and Intel is unopposed to the relief requested herein.

PREMISES CONSIDERED, Plaintiff VLSI Technology LLC requests the Court to extend the deadline for filing a response to Defendant Intel Corporation's Opposed Motion for Leave to File Amended Answer, Defenses, and Counterclaims and to Sever and Stay Defense of License for an additional seven (7) days, up to and including November 25, 2020, and for such other and further relief as the Court deems suitable and just.

Respectfully submitted,

Dated: November 17, 2020

/Andy Tindel/

Morgan Chu (*pro hac vice*)
Benjamin W. Hattenbach (*pro hac vice*)
Keith Orso (*pro hac vice*)
Christopher Abernethy (*pro hac vice*)
Amy E. Proctor (*pro hac vice*)
Dominik Slusarczyk (*pro hac vice*)
Charlotte J. Wen (*pro hac vice*)
Brian Weissenberg (*pro hac vice*)
Jordan Nafekh (*pro hac vice*)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
mchu@irell.com
bhattenbach@irell.com
korso@irell.com
cabernethy@irell.com
aproctor@irell.com

J. Mark Mann (Texas Bar No. 12926150)
mark@themannfirm.com
G. Blake Thompson (Texas Bar No. 24042033)
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 W. Main Street
Henderson, TX 75652
Telephone: (903) 657-8540
Facsimile: (903) 657-6003

Andy Tindel (Texas Bar No. 20054500)
atindel@andytindel.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909

| | |
|---|---|
| dslusarczyk@irell.com<br>cwen@irell.com<br>bweissenberg@irell.com<br>jnafekh@irell.com<br><br>Michael H. Strub, Jr. (*pro hac vice*)<br>Babak Redjaian (*pro hac vice*)<br>**IRELL & MANELLA LLP**<br>840 Newport Center Drive, Suite 400<br>Newport Beach, California 92660<br>Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200<br>mstrub@irell.com<br>bredjaian@irell.com | Craig D. Cherry (Texas Bar No. 24012419)<br>ccherry@haleyolson.com<br>**HALEY & OLSON, P.C.**<br>100 N. Ritchie Road, Suite 200<br>Waco, Texas 76701<br>Telephone: (254) 776-3336<br>Facsimile: (254) 776-6823 |

*Attorneys for VLSI Technology LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] — Document Filing System, to all counsel of record, on this 17th day of November, 2020.

_____
Andy Tindel

## CERTIFICATE OF CONFERENCE

On November 16, 2020, undersigned counsel for VLSI communicated with Steve Ravel, local counsel for Intel, concerning the foregoing motion and Mr. Ravel advised that Intel was not opposed to the grant of VLSI's requested seven (7) day extension of time.

_____
Andy Tindel