IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| VLSI TECHNOLOGY LLC, | |
|---|---|
| Plaintiff, | |
| v. | **Lead case:** 1:19-cv-977-ADA |
| | (*Consolidated with* No. 6:19-cv-255-ADA and No. 6:19-cv-256-ADA) |
| INTEL CORPORATION, | JURY TRIAL DEMAND |
| Defendant. | |

## Stipulation To Amend Scheduling Order

Per the agreement of the parties, the scheduling order in the above-captioned matters is hereby amended as follows:

| Current Dates | Amended Dates | Item |
|---|---|---|
| October 26, 2020 | November 9, 2020 | Parties exchange objections to rebuttal exhibit lists and objections to deposition counter-designations.  VLSI provides revisions to jury instructions. |
| October 26, 2020 | November 20, 2020 | Parties file motions in limine. |
| | December 4, 2020 | Parties file responses to motions in limine. |
| October 30, 2020 | December 18, 2020 | File pretrial order and pretrial submissions (jury instructions, exhibits lists, witness lists, designations), draft verdict forms, ½ page statement of case, and voir dire questions for the court to ask jurors. |
| November 13, 2020 9:00AM | January 5, 2021 | Pre-Trial Conference |

Dated: November 19, 2020

| | |
|---|---|
| By:  */s/ Andy Tindel*<br><br>Andy Tindel (Texas Bar No. 20054500)<br>atindel@andytindel.com<br>**MANN | TINDEL | THOMPSON**<br>112 E. Line Street, Suite 304<br>Tyler, Texas 75702<br>Telephone: (903) 596-0900<br>Facsimile:  (903) 596-0909<br><br>J. Mark Mann (Texas Bar No. 12926150)<br>mark@themannfirm.com<br>G. Blake Thompson (Texas Bar No. 24042033)<br>blake@themannfirm.com<br>**MANN | TINDEL | THOMPSON**<br>300 W. Main Street<br>Henderson, TX 75652<br>Telephone: (903) 657-8540<br>Facsimile:  (903) 657-6003<br><br>Morgan Chu (*pro hac vice*)<br>Benjamin W. Hattenbach  (*pro hac vice*)<br>Keith Orso (*pro hac vice*)<br>Christopher Abernethy  (*pro hac vice*)<br>Amy E. Proctor  (*pro hac vice*)<br>Dominik Slusarczyk  (*pro hac vice*)<br>Charlotte J. Wen  (*pro hac vice*)<br>Brian Weissenberg  (*pro hac vice*)<br>Benjamin Monnin (*pro hac vice*)<br>Jordan Nafekh (*pro hac vice*)<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California   90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>mchu@irell.com<br>bhattenbach@irell.com<br>korso@irell.com<br>cabernethy@irell.com<br>aproctor@irell.com<br>dslusarczyk@irell.com<br>cwen@irell.com | By:  */s/ J. Stephen Ravel*<br><br>J. Stephen Ravel<br>Texas State Bar No. 16584975<br>**KELLY HART & HALLMAN LLP**<br>303 Colorado, Suite 2000<br>Austin, Texas 78701<br>Tel: (512) 495-6429<br>Email: steve.ravel@kellyhart.com<br><br>James E. Wren<br>Texas State Bar No. 22018200<br>1 Bear Place, Unit 97288<br>Waco, Texas 76798<br>Tel: (254) 710-7670<br>Email: james.wren@baylor.edu<br><br>William F. Lee (*pro hac vice*)<br>Louis W. Tompros (*pro hac vice*)<br>Kate Saxton (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE & DORR LLP**<br>60 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 526-6000<br>Email: william.lee@wilmerhale.com<br>Email: louis.tompros@wilmerhale.com<br>Email: kate.saxton@wilmerhale.com<br><br>Gregory H. Lantier (*pro hac vice*)<br>Amanda L. Major (*pro hac vice*)<br>**WILMER CUTLER PICKERING HALE & DORR LLP**<br>1875 Pennsylvania Avenue<br>Washington DC 20006<br>Tel: (202) 663-6000<br>Email: gregory.lantier@wilmerhale.com<br>Email: amanda.major@wilmerhale.com<br><br>*Attorneys for Intel Corporation* |

bweissenberg@irell.com
bmonnin@irell.com
jnafekh@irell.com

Michael H. Strub, Jr.  (*pro hac vice*)
Babak Redjaian  (*pro hac vice*)
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California   92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
mstrub@irell.com
bredjaian@irell.com

Craig D. Cherry (Texas Bar No. 24012419)
ccherry@haleyolson.com
**HALEY & OLSON, P.C.**
100 N. Ritchie Road, Suite 200
Waco, Texas 76701
Telephone: (254) 776-3336
Facsimile:  (254) 776-6823

*Attorneys for VLSI Technology LLC*

Stipulation to Amend Agreed Scheduling Order
- 3 -