IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| VLSI TECHNOLOGY LLC, | |
|---|---|
| Plaintiff, | **Lead case:** 1:19-cv-977-ADA |
| v. | (*Consolidated with* No. 6:19-cv-255-ADA and No. 6:19-cv-256-ADA) |
| INTEL CORPORATION, | JURY TRIAL DEMAND |
| Defendant. | |

## STIPULATION TO AMEND SCHEDULING ORDER

Per the agreement of the parties, the scheduling order in the above-captioned matters is hereby amended as follows:

| Current Dates | Amended Dates | Item |
|---|---|---|
| December 4, 2020 | December 7, 2020 | Parties file responses to motions *in limine*. |
| December 2, 2020 | December 7, 2020 | Intel files reply regarding Motion to Amend, Sever, & Stay (D.I. 349). |
| December 7, 2020 | December 10, 2020 | VLSI files response to Intel's Motion to Continue (D.I. 366). |
| December 7, 2020 | December 10, 2020 | VLSI files response to Intel's Motion to Stay (D.I. 367). |

Dated: December 3, 2020

By:     /s/   Andy Tindel
Andy Tindel (Texas Bar No. 20054500)
atindel@andytindel.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile:  (903) 596-0909

J. Mark Mann (Texas Bar No. 12926150)
mark@themannfirm.com
G. Blake Thompson (Texas Bar No. 24042033)
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 W. Main Street
Henderson, TX 75652
Telephone: (903) 657-8540
Facsimile:  (903) 657-6003

Morgan Chu (*pro hac vice*)
Benjamin W. Hattenbach (*pro hac vice*)
Keith Orso (*pro hac vice*)
Christopher Abernethy (*pro hac vice*)
Amy E. Proctor (*pro hac vice*)
Dominik Slusarczyk (*pro hac vice*)
Charlotte J. Wen (*pro hac vice*)
Brian Weissenberg (*pro hac vice*)
Benjamin Monnin (*pro hac vice*)
Jordan Nafekh (*pro hac vice*)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California   90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
mchu@irell.com
bhattenbach@irell.com
korso@irell.com
cabernethy@irell.com
aproctor@irell.com
dslusarczyk@irell.com
cwen@irell.com
bweissenberg@irell.com

By:     /s/    J. Stephen Ravel
J. Stephen Ravel
Texas State Bar No. 16584975
**KELLY HART & HALLMAN LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com

James E. Wren
Texas State Bar No. 22018200
1 Bear Place, Unit 97288
Waco, Texas 76798
Tel: (254) 710-7670
Email: james.wren@baylor.edu

William F. Lee (*pro hac vice*)
Louis W. Tompros (*pro hac vice*)
Kate Saxton (*pro hac vice*)
**WILMER CUTLER PICKERING HALE & DORR LLP**
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Email: william.lee@wilmerhale.com
Email: louis.tompros@wilmerhale.com
Email: kate.saxton@wilmerhale.com

Gregory H. Lantier (*pro hac vice*)
Amanda L. Major (*pro hac vice*)
**WILMER CUTLER PICKERING HALE & DORR LLP**
1875 Pennsylvania Avenue
Washington DC 20006
Tel: (202) 663-6000
Email: gregory.lantier@wilmerhale.com
Email: amanda.major@wilmerhale.com

*Attorneys for Intel Corporation*

bmonnin@irell.com
jnafekh@irell.com

Michael H. Strub, Jr.  (*pro hac vice*)
Babak Redjaian  (*pro hac vice*)
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California   92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
mstrub@irell.com
bredjaian@irell.com

Craig D. Cherry (Texas Bar No. 24012419)
ccherry@haleyolson.com
**HALEY & OLSON, P.C.**
100 N. Ritchie Road, Suite 200
Waco, Texas 76701
Telephone: (254) 776-3336
Facsimile:  (254) 776-6823

*Attorneys for VLSI Technology LLC*