IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br>            *Plaintiff* <br><br>-v-<br><br>INTEL CORPORATION,<br>            *Defendant* | §<br>§<br>§   A-19-CV-00977-ADA<br>§<br>§<br>§<br>§ |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints Dr. Joshua J. Yi to serve as the Technical Advisor to the Court in this case.  During the pendency of this case, Dr. Yi has provided significant assistance to the Court with claim construction, discovery-related issues, and motions for summary judgment and *Daubert* motions.  Because of Dr. Yi's technical expertise and his experience with this case, the Court believes it would helpful to appoint him as a technical advisor so he can continue to advise the Court regarding any technical issues that may arise during the MSJ/*Daubert* hearing(s) and subsequent trial(s).

**SIGNED** this 4th day of December, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE