# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC | § | |
| | § | CIVIL NO: |
| vs. | § | AU:19-CV-00977-ADA |
| | § | |
| INTEL CORPORATION | § | |

## ORDER SETTING MOTION HEARING BY ZOOM

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING BY ZOOM** on **Monday, December 28, 2020 at 10:00 AM**. The link for the hearing will be sent by e-mail.

    IT IS SO ORDERED this 18th day of December, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE