# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC | § | |
| | § | CIVIL NO: |
| vs. | § | AU:19-CV-00977-ADA |
| | § | |
| INTEL CORPORATION, INTEL | § | |
| CORPORATION | | |

## ORDER RESETTING MOTION HEARING BY ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MOTION HEARING BY ZOOM** on **Wednesday, December 30, 2020 at 10:00 AM**. The link previously sent for the hearing is still valid.

IT IS SO ORDERED this 28th day of December, 2020.


_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE