# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC | § |
| | §   CIVIL NO: |
| vs. | §   AU:19-CV-00977-ADA |
| | § |
| INTEL CORPORATION | § |

## ORDER SETTING HEARING BY ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING BY ZOOM** on **Monday, February 01, 2021 at 03:00 PM**. The link for the hearing will be sent by e-mail.

IT IS SO ORDERED this 28th day of January, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE