UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC | § § | |
| vs. | § § | NO:  AU:19-CV-00977-ADA |
| INTEL CORPORATION | § | |

**ORDER RESETTING HEARING TO TELEPHONIC AND DIFFERENT TIME**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on February 01, 2021  at  10:00 AM .  Please call (866) 434-5269 with access code 9678090 to be included in the hearing.

**SIGNED** on **29th day of January, 2021**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE