IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**VLSI TECHNOLOGY LLC,**
    **Plaintiff,**

**-vs-**

**INTEL CORPORATION,**
    **Defendant.**

**CAUSE NO.:**
**A-19-CV-00977-ADA**

## ORDER SETTING JURY TRIAL

IT IS ORDERED that the above-styled case is SET FOR JURY TRIAL regarding the '522 and '187 Patents on Monday, April 12, 2021, at 9:00 a.m. in Courtroom No. 5, United States Courthouse, 501 West Fifth Street, Austin, Texas.

IT IS FURTHER ORDERED that the above-styled case is SET FOR JURY TRIAL regarding the '485, '983 and '025 Patents on Monday, June 7, 2021, at 9:00 a.m. in Courtroom No. 5, United States Courthouse, 501 West Fifth Street, Austin, Texas.

With the parties consent, this matter has been referred to United States Magistrate Judge Mark Lane for the limited purpose of Jury Selection for each of the jury trials. United States Magistrate Judge Lane will set jury selections by separate order. Trials will proceed the following Monday after selection before the Honorable Alan D. Albright, U.S. District Judge.

If required, a Final Pretrial Conference will be set by separate order.

IT IS SO ORDERED.

SIGNED this the 4th day of February 2021.

ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE