**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| VLSI TECHNOLOGY LLC, | **Lead Case:** 1:19-cv-977-ADA |
| Plaintiff, | (*Consolidated Cases for Pretrial Purposes:* Nos. 6:19-cv-255-ADA, and 6:19-cv-256-ADA) |
| v. | |
| INTEL CORPORATION, | JURY TRIAL DEMANDED |
| Defendant. | |

**PLAINTIFF VLSI TECHNOLOGY LLC'S
NOTICE  REGARDING *INTER PARTES* REVIEW DECISIONS**

I write on behalf of VLSI to update the Court about the one dozen IPR petitions that Intel filed at the PTAB against the eight patents asserted in these consolidated cases.

The PTAB denied institution of every one of Intel's twelve IPRs.  Intel then sought rehearing on each of those rulings.  On February 19, 2021, the PTAB issued the twelfth of its twelve decisions denying Intel's requests for rehearing.  In sum, every one of Intel's IPRs and associated requests for rehearing, concerning every one of the patents asserted across the consolidated cases, has now been denied.

Respectfully submitted,

Dated:  February 19, 2021

By:  */s/ Andy Tindel*

| | |
|---|---|
| Morgan Chu (*pro hac vice*) | J. Mark Mann (Texas Bar No. 12926150) |
| Benjamin W. Hattenbach  (*pro hac vice*) | mark@themannfirm.com |
| Iian D. Jablon  (*pro hac vice*) | G. Blake Thompson (Texas Bar No. |
| Alan J. Heinrich  (*pro hac vice*) | 24042033) |
| Christopher T. Abernethy (*pro hac vice*) | blake@themannfirm.com |

Ian Robert Washburn  (*pro hac vice*)
Amy E. Proctor  (*pro hac vice*)
Dominik Slusarczyk  (*pro hac vice*)
Elizabeth C. Tuan  (*pro hac vice*)
Charlotte J. Wen  (*pro hac vice*)
Brian Weissenberg  (*pro hac vice*)
Benjamin Monnin  (*pro hac vice*)
Jordan Nafekh  (*pro hac vice*)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California  90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
mchu@irell.com
bhattenbach@irell.com
ijablon@irell.com
aheinrich@irell.com
cabernethy@irell.com
iwashburn@irell.com
aproctor@irell.com
dslusarczyk@irell.com
etuan@irell.com
cwen@irell.com
bweissenberg@irell.com
bmonnin@irell.com
jnafekh@irell.com


Michael H. Strub, Jr.  (*pro hac vice*)
Babak Redjaian  (*pro hac vice*)
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California  92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
mstrub@irell.com
bredjaian@irell.com

**MANN | TINDEL | THOMPSON**
300 W. Main Street
Henderson, TX 75652
Telephone: (903) 657-8540
Facsimile:  (903) 657-6003


Andy Tindel (Texas Bar No. 20054500)
atindel@andytindel.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile:  (903) 596-0909


Craig D. Cherry (Texas Bar No. 24012419)
ccherry@swclaw.com
**STECKLER, WAYNE, COCHRAN,
CHERRY, PLLC**
100 N. Ritchie Road, Suite 200
Waco, Texas 76701
Telephone: (254) 776-3336
Facsimile:  (254) 776-6823


*Attorneys for VLSI Technology LLC*

**<u>CERTIFICATE OF SERVICE</u>**

A true and correct copy of the foregoing instrument was served or delivered electronically via the Court's ECF system to all counsel of record, on February 19, 2021.

_____*/s/  Andy Tindel*_____
Andy Tindel

10914543