# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC | § | |
| | § | CIVIL NO: |
| vs. | § | AU:19-CV-00977-ADA |
| | § | |
| INTEL CORPORATION | § | |

## ORDER SETTING MOTION HEARING AND PENDING TRIAL ISSUES HEARING BY ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING AND PENDING TRIAL ISSUES HEARING BY ZOOM** on **Wednesday, March 24, 2021 at 01:30 PM**.

Parties will recieve an email with the zoom link at a future date.

IT IS SO ORDERED this 2nd day of March, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE