# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC | § | |
| | § | CIVIL NO: |
| vs. | § | AU:19-CV-00977-ADA |
| | § | |
| INTEL CORPORATION, INTEL CORPORATION, VLSI TECHNOLOGY LLC | § | |

## ORDER SETTING MOTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING** by Zoom on **Tuesday, March 30, 2021 at 01:30 PM**.

IT IS SO ORDERED this 26th day of March, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE