# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | **Lead Case:** No. 1:19-cv-977-ADA<br><br>(*Consolidated with* No. 6:19-cv-255-ADA and No. 6:19-cv-256-ADA)<br><br>JURY TRIAL DEMANDED |

## ORDER DENYING DEFENDANT INTEL CORPORATION'S MOTION TO DISMISS

On this day came on to be considered the Motion to Dismiss (Dkt. 133) filed by Defendant Intel Corporation and the Court having now reviewed said Motion to Dismiss and the Opposition thereto filed by Plaintiff VLSI Technology LLC, hereby finds that said Motion to Dismiss is MOOT. It is, therefore,

ORDERED that Defendant Intel Corporation's Motion to Dismiss (Dkt. 133) is hereby DENIED as MOOT.

SIGNED this  28th  day of March, 2021.

ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE