IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>  Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>  Defendant. | Lead Case**:**  1:19-cv-977-ADA<br><br>(*Consolidated with* Nos. 6:19-cv-254- ADA, 6:19-cv-255-ADA, 6:19-cv-256 ADA) |

## NOTICE OF COMPLIANCE

Defendant Intel Corporation hereby provides notice to the Court that it has complied with 35 U.S.C. § 282 by serving its § 282 disclosure related to Case No. 19-cv-00256-ADA upon Plaintiff's counsel of record on May 7, 2021.

<table>
<tr><td>Dated: May 7, 2021</td><td>Respectfully submitted,</td></tr>
<tr><td></td><td>/s/ J. Stephen Ravel</td></tr>
<tr><td>OF COUNSEL:</td><td>J. Stephen Ravel<br>Texas State Bar No. 16584975</td></tr>
<tr><td>William F. Lee (*Pro Hac Vice*)<br>Louis W. Tompros (*Pro Hac Vice*)<br>Kate Saxton (*Pro Hac Vice*)<br>WILMER CUTLER PICKERING HALE<br>  & DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 526-6000<br>Email: william.lee@wilmerhale.com<br>Email: louis.tompros@wilmerhale.com<br>Email: kate.saxton@wilmerhale.com</td><td>Kelly Ransom<br>Texas State Bar No. 24109427<br>KELLY HART & HALLMAN LLP<br>303 Colorado, Suite 2000<br>Austin, Texas 78701<br>Tel: (512) 495-6429<br>Email: steve.ravel@kellyhart.com<br>Email: kelly.ransom@kellyhart.com<br><br>James E. Wren<br>Texas State Bar No. 22018200<br>1 Bear Place, Unit 97288<br>Waco, Texas 76798<br>Tel: (254) 710-7670<br>Email: james.wren@baylor.edu</td></tr>
<tr><td>Gregory H. Lantier (*Pro Hac Vice*)<br>Amanda L. Major (*Pro Hac Vice*)<br>WILMER CUTLER PICKERING HALE<br>  & DORR LLP<br>1875 Pennsylvania Avenue<br>Washington DC 20006<br>Tel: (202) 663-6000<br>Email: gregory.lantier@wilmerhale.com<br>Email: amanda.major@wilmerhale.com</td><td>Harry L. Gillam, Jr.<br>Texas State Bar No. 07921800<br>GILLAM & SMITH, L.L.P.<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Tel: (903) 934-8450<br>Email: gil@gillamsmithlaw.com<br><br>*Attorneys for Intel Corporation*</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that, on May 7, 2021, all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system in accordance with Local Rule CV-5.

/s/ J. Stephen Ravel
J. Stephen Ravel