# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC | § | |
| | § | CIVIL NO: |
| vs. | § | AU:19-CV-00977-ADA |
| | § | |
| INTEL CORPORATION | § | |

## ORDER SETTING DISCOVERY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **DISCOVERY HEARING** by Zoom on **Thursday, July 22, 2021 at 04:30 PM**.

IT IS SO ORDERED this 20th day of July, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE