# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC § | |
| § | CIVIL NO: |
| vs. § | AU:19-CV-00977-ADA |
| § | |
| INTEL CORPORATION § | |

## ORDER CANCELLING FINAL PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **FINAL PRETRIAL CONFERENCE** on **Monday, November 22, 2021 at 10:30 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 16th day of November, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE