- 1 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>INTEL CORPORATION,<br><br>   Defendant. | **Lead Case:** 1:19-cv-977-ADA<br><br>JURY TRIAL DEMAND |

## Stipulation To Amend Scheduling Order

Per the agreement of the parties, the scheduling order in the above-captioned matter is hereby amended as follows with respect to Case No. 19-cv-00256-ADA.

| Current Date | Amended Date | Event |
|---|---|---|
| November 17, 2021 | November 19, 2021 | File oppositions to motions *in limine* |
| November 17, 2021 | November 19, 2021 | File oppositions to *Daubert* motions |
| November 24, 2021 | December 1, 2021 | File replies in support of *Daubert* motions |
| November 19, 2021 | December 1, 2021 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine* |
| November 29, 2021 | December 3, 2021 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine* |

Dated:  November 17, 2021

| | |
|---|---|
| By: /s/ Andy Tindel | By: /s/ J. Stephen Ravel |

Andy Tindel (Texas Bar No. 20054500)
atindel@andytindel.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909

J. Mark Mann (Texas Bar No. 12926150)
mark@themannfirm.com
G. Blake Thompson (Texas Bar No. 2404203)
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 W. Main Street Henderson, TX 75652
Telephone: (903) 657-8540
Facsimile: (903) 657-6003

Morgan Chu (*pro hac vice*)
Benjamin W. Hattenbach (*pro hac vice*)
Iian D. Jablon (*pro hac vice*)
Alan J. Heinrich (*pro hac vice*)
Christopher T. Abernethy (*pro hac vice*)
Ian Robert Washburn (*pro hac vice*)
Amy E. Proctor (*pro hac vice*)
Elizabeth C. Tuan (*pro hac vice*)
Dominik Slusarczyk (*pro hac vice*)
Charlotte J. Wen (*pro hac vice*)
Benjamin Monnin (*pro hac vice*)
Jordan Nafekh (*pro hac vice*)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
mchu@irell.com
bhattenbach@irell.com
ijablon@irell.com
aheinrich@irell.com
cabernethy@irell.com
iwashburn@irell.com
aproctor@irell.com
etuan@irell.com
dslusarczyk@irell.com
cwen@irell.com

J. Stephen Ravel
Texas State Bar No. 16584975
Kelly Ransom
Texas State Bar No. 24109427
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com
Email: kelly.ransom@kellyhart.com

James E. Wren
Texas State Bar No. 22018200
1 Bear Place, Unit 97288
Waco, Texas 76798
Tel: (254) 710-7670
Email: james.wren@baylor.edu

Harry L. Gillam, Jr.
Texas State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue0
Marshall, Texas 75670
Tel: (903) 934-8450
Email: gil@gillamsmithlaw.com

William F. Lee (*Pro Hac Vice*)
Louis W. Tompros (*Pro Hac Vice*)
Kate Saxton (*Pro Hac Vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Email: william.lee@wilmerhale.com
Email: louis.tompros@wilmerhale.com
Email: kate.saxton@wilmerhale.com

Gregory H. Lantier (*Pro Hac Vice*)
Amanda L. Major (*Pro Hac Vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue
Washington DC 20006
Tel: (202) 663-6000

bmonnin@irell.com
jnafekh@irell.com

Babak Redjaian (*pro hac vice*)
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
bredjaian@irell.com

Craig D. Cherry (Texas Bar No. 24012419)
**STECKLER, WAYNE, COCHRAN,
CHERRY, PLLC**
8416 Old McGregor Road
Waco, Texas 767712
Telephone: (254) 651-3690
ccherry@swclaw.com

*Attorneys for VLSI Technology LLC*

Email: gregory.lantier@wilmerhale.com
Email: amanda.major@wilmerhale.com

*Attorneys for Intel Corporation*

11021288

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Civil Rule CV-5(b)(1) on November 17, 2021.

*/s/ Andy Tindel*
Andy Tindel

11021288