# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC | § | |
| | § | CIVIL NO: |
| vs. | § | AU:19-CV-00977-ADA |
| | § | |
| INTEL CORPORATION | § | |

## ORDER SETTING JURY SELECTION AND TRIAL

   IT IS HEREBY ORDERED that the above entitled and numbered case is set for **JURY SELECTION AND TRIAL** in Courtroom 5, on the Sixth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, April 25, 2022 at 09:00 AM**.

   IT IS SO ORDERED this 25th day of January, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE