# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC | § | |
| | § | |
| vs. | § | NO:  AU:19-CV-00977-ADA |
| | § | |
| INTEL CORPORATION, INTEL CORPORATION, VLSI TECHNOLOGY LLC | § | |

### ORDER RESETTING FINAL PRETRIAL CONFERENCE BY ZOOM

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for FINAL PRETRIAL CONFERENCE BY ZOOM by Zoom on March 24, 2022 at 09:30 AM .

IT IS SO ORDERED this 4th day of March, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE