UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC | § § | |
| vs. | § § | NO:  AU:19-CV-00977-ADA |
| INTEL CORPORATION, INTEL CORPORATION, VLSI TECHNOLOGY LLC | § § | |

### ORDER SETTING VOIR DIRE AND PRE-VOIR DIRE CONFERENCE

This matter is before the Court on its own Motion. Accordingly, **IT IS HEREBY ORDERED** that the above entitled and numbered case is set for a Video Conference to discuss voir dire protocol with the Honorable Judge Derek T. Gilliland on Thursday, April 21, 2022 at 2:00 PM. The conference will be conducted by video at:

https://txwd-uscourts.zoomgov.com/j/1610427634?pwd=V2RpaERVTkdySGI4b2F6cTZGSWRiZz09

and will be attended by at least one counsel for each party having appeared as of the date of this Order.

**IT IS FURTHER ORDERED** that voir dire is set before the undersigned for Monday, April 25, 2022 at 09:00 AM in Courtroom 1, in the United States Courthouse, 501 West Fifth Street, Austin, TX 78701.

**SIGNED this 8th day of April, 2022**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE