# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC,<br>*Plaintiff* | § § § § § § § § § § | |
| -vs- | | A-19-CV-00977-ADA |
| INTEL CORPORATION,<br>*Defendant* | | |

## ORDER SETTING TRIAL

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for **JURY TRIAL** on Monday, April 25, 2022 at 1:00 PM in Courtroom 1, in the United States Courthouse, 501 West Fifth Street, Austin, TX 78701.

IT IS SO ORDERED this 11th day of April, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE