IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | Case No. 19-cv-256-ADA |

## JURY VERDICT FORM

*[signature]*

11/15/22
4:21 PM

# JURY VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein, "VLSI" means VLSI Technology LLC, and "Intel" means Intel Corporation. As used herein, "'983 Patent" refers to U.S. Patent No. 7,606,983.

We, the jury, unanimously agree to the answers to the following questions and return them as our verdict in this case:

## I. **INFRINGEMENT**

### Directions: Question No. 1

In answering the Questions below, please check "**Yes**" or "**No**" for each listed asserted claim in the space provided.

> **Question No. 1:** Has VLSI proven it is more likely than not that Intel has infringed the following asserted claims of the **'983 Patent**? "Yes" is in favor of VLSI, and "No" is in favor of Intel.
>
> **'983 Patent**
> **Claim 1:**   Yes ✓   No ____
> **Claim 9:**   Yes ✓   No ____

Please proceed directly to **Question No. 2**.

## II. VALIDITY

### Directions – Question No. 2

In answering the Questions below, please check "**Yes**" or "**No**" for each listed asserted claim in the space provided.

> **Question No. 2:** Has Intel proven by clear and convincing evidence that the following asserted claims of the **'983 Patent** are invalid due to anticipation? "No" is in favor of VLSI, and "Yes" is in favor of Intel.
>
> **'983 Patent**
> 
> | | | |
> |---|---|---|
> | **Claim 1:** | Yes _____ | No ✓ |
> | **Claim 9:** | Yes _____ | No ✓ |

Please proceed directly to **Question No. 3**.

## III. DAMAGES

### Directions – Question Nos. 3-4

In answering Question No. 3 below, please provide a **dollar amount** in the blank space.  In answering Question No. 4 below, please select one of the options.

---

**Question No. 3:** Answer the following question if there is at least one claim of the '983 Patent for which you answered "Yes" in Question 1, and "No" in Question 2.

What is the total amount of damages you find for Intel's infringement of the '983 Patent?

$ __948,755,789.00_____.

---

**Question No. 4**: Is the total amount of damages you found in Question 3, 1) a running royalty in the form of a lump sum for past damages only, or 2) a lump sum for all damages?

                                                                        **1) Running royalty in the form of a lump sum for past damages only [ ✓ ]**

                                                                         -OR-

                                                                       **2) Lump sum for all damages [ ]**

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your **unanimous** determinations. After you are satisfied that your unanimous answers are correctly reflected above, your Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once that is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

I certify that the jury unanimously concurs in every element of the above verdict.

SIGNED this 15 day of November, 2022.



JURY FOREPERSON