IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | **Case No.:** 1:19-977-ADA<br><br>6:19-cv-256-ADA |

**PLAINTIFF VLSI TECHNOLOGY LLC'S**
**MOTION FOR ENTRY OF JUDGMENT**

A jury resolved this matter on November 15, 2022, finding in favor of VLSI Technology LLC ("VLSI") and against Intel Corporation ("Intel") on all asserted claims of U.S. Patent No.7,606,983, and awarding VLSI $948,755,789 in damages for Intel's past infringement.

The parties filed the below post-trial motions, which were fully briefed on March 28, 2023, and remain pending:

| Docket No. | Motion |
| --- | --- |
| 712 | Intel's Rule 50(b) Renewed Motion For Judgment As A Matter Of Law |
| 713 | Intel's Rule 59 Motion For A New Trial |
| 716 | Intel's Rule 52 Motion for Judgment Re: Unclean Hands[1] |
| 717 | VLSI's Motion For Supplemental Damages |
| 718 | VLSI's Motion For Equitable Relief |
| 719 | VLSI's Motion For Prejudgment And Post-Judgment Interest |
| 736 | VLSI's Motion For Leave To File Sur-Reply Re: Intel's Rule 59 Motion |

Plaintiff VLSI submits a proposed final judgment, attached as Exhibit A, and respectfully requests that the Court enter final judgment. *See* Fed. R. Civ. P. 58(b)(2)(B); 58(d).

---

[1] While Intel's motion regarding unclean hands is still pending, the Court has already denied Intel's substantively identical unclean hands motion in a previous case between the parties. *VLSI Tech. LLC v. Intel Corp.*, Case No. 6:21-cv-57-ADA, D.I. 684 (Order Denying Intel's Rule 52 Motion for Judgment Barring Recovery Under the Doctrine of Unclean Hands) (W.D. Tex. Mar. 18, 2022).

- 2 -

Dated: November 20, 2023

By:    */s/ Andy Tindel*

Morgan Chu (*pro hac vice*)
Benjamin W. Hattenbach  (*pro hac vice*)
Iian D. Jablon  (*pro hac vice*)
Alan J. Heinrich  (*pro hac vice*)
Ian Robert Washburn  (*pro hac vice*)
Amy E. Proctor  (*pro hac vice*)
Elizabeth C. Tuan  (*pro hac vice*)
Dominik Slusarczyk  (*pro hac vice*)
Charlotte J. Wen  (*pro hac vice*)
Benjamin Monnin  (*pro hac vice*)
Jordan Nafekh  (*pro hac vice*)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California   90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
mchu@irell.com
bhattenbach@irell.com
ijablon@irell.com
aheinrich@irell.com
iwashburn@irell.com
aproctor@irell.com
etuan@irell.com
dslusarczyk@irell.com
cwen@irell.com
bweissenberg@irell.com
bmonnin@irell.com
jnafekh@irell.com

Babak Redjaian  (*pro hac vice*)
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California   92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
bredjaian@irell.com

J. Mark Mann (Texas Bar No. 12926150)
mark@themannfirm.com
Andy Tindel (Texas Bar No. 20054500)
atindel@andytindel.com
G. Blake Thompson (Texas Bar No. 24042033)
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile:  (903) 596-0909

*Attorneys for VLSI Technology LLC*

11275696

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via ECF, to all counsel of record, on November 20, 2023.

*/s/ Andy Tindel*
Andy Tindel

11275696