FILED
MAY 29 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Case 1:19-cv-00977-ADA   Document 959   Filed 05/29/25   Page 1 of 2

# JURY VERDICT FORM

5/29/25 ,1255

When answering the following question and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to the question must be unanimous. The question contains legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the question below.

We, the jury, unanimously agree to the answer to the following question, and return it under the instructions of this Court as our verdict in this case.

1.  Did Intel prove by a preponderance of the evidence that, at any point after November 20, 2012, Fortress Investment Group controlled both VLSI Technology LLC and Finjan LLC (formerly known as Finjan, Inc.)?

    ____✓____ Yes          _____ No

**Checking "Yes" above indicates a finding for Intel Corporation.**
**Checking "No" above indicates a finding for VLSI Technology LLC.**

1

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your **unanimous** determination. After you are satisfied that your unanimous answer is correctly reflected above, your Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once that is done, notify the Court Security Officer that you have reached a verdict.

SIGNED this 29 day of May, 2025.

JURY FOREPERSON